UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | CRIMINAL NO.: |
|---|---|---|
| | § | |
| v. | § | 7:20-MJ-01778 |
| | § | |
| JOHNNY JACOB DOMINGUE, II | § | |

## WAIVER OF RIGHTS AND CONSENT TO APPEAR AND PROCEED BY VIDEO or TELEPHONE CONFERENCE

Due to and because of the Pandemic Emergency that exists and continues to remain fully unresolved and for the safety of others and myself, I submit as follows. I agree and I acknowledge that I have a right personally appear before a judge, including but not limited to, for proceedings before the Court concerning such matters and hearings for probable cause, detention (Bail Reform Act), arraignment, for entering of pleas and if necessary, for re-arraignment and to personally appear before a United States District Judge if being sentenced. I further acknowledge that I may knowingly and intelligently waive the right to be personally present for proceedings in this case including but not limited to as described here above and for further illustration, if necessary, for purposes of entering a plea of guilty or to be sentenced in person before the judge, under Federal Rule of Criminal Procedure 43(c).

I have discussed, with my attorney, the implications of waiving my right to be personally present before the Court, and I understand the consequences of such a waiver. I am choosing to waive my right knowingly, intelligently, and voluntarily to be personally present before the Court in this cause including for the purposes described and stated hereabove. I further consent that if necessary, the Court may accept any pleas and/or sentencing in my case, via video conferencing, or telephone conferencing if video conferencing is not reasonably available.

I am waiving my rights and consenting of my own free will and volition. Nobody, including my attorney, has insisted upon, coerced, or improperly influenced me in my decision to waive my rights and consent to a guilty plea or sentencing via video conferencing, or telephone conferencing if video conferencing is not reasonably available.

AGREED TO on _09-11-2020_, from East Hidalgo Detention Center, La Villa, Texas.

_____
Defendant - JOHNNY JACOB DOMINGUE, II

_____
Defense Counsel – Rene P. Montalvo